| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gettleman, Robert W. | U.S. District Court, N.D. Illinois | 05/11/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (active) | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

219 South Dearborn Street
Chambers 1788
Chicago, IL 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2014 | General Partner: Bob Jo Investments (passive investment partnerhsip with Joel Rubin in single real estate venture; we each own 50% of one limited partnership; |
| 2. 2014 | CCTO Production Partnerhsp (passive limited partnership interest in oil and gas production; 0.0135% interest) |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 05/11/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Northwestern University School of Law; taught courses | $2,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | LCSW, Private Social Work Practice |
| 2. | 2014 | Teachers' Retirement Pension |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank (Chicago) | A | Interest | J | T | | | | | |
| 2. Bob Jo Investments (Real Estate) | G | Distribution | K | T | | | | | |
| 3. Morgan Stanley Liq. Asset Fund | A | Interest | J | T | | | | | |
| 4. MS Natural Resources | A | Interest | K | T | | | | | |
| 5. Morgan Stanley Active Assets Money Trust | C | Interest | J | T | | | | | |
| 6. Ill. St. Civic CTR REF-SPL (Bond) | A | Interest | J | T | | | | | |
| 7. Illinois St. Gen. Oblig. (Bond) | A | Interest | J | T | | | | | |
| 8. Ill. Health Facs. Auth. (Bond) | A | Interest | J | T | | | | | |
| 9. CCTO Production Partnership | E | Distribution | K | T | | | | | |
| 10. Sacred Silks | A | Interest | J | T | | | | | |
| 11. Eldorado Gold CP | A | Dividend | J | T | | | | | |
| 12. Bristol Myers Squibb Co. | A | Dividend | J | T | | | | | |
| 13. ING Plus | A | Interest | J | T | | | | | |
| 14. GE Money BK | A | Interest | J | T | | | | | |
| 15. MS Bank CD | A | Interest | J | T | | | | | |
| 16. Giga Tronics | A | Dividend | J | T | | | | | |
| 17. McEwen Mng Inc Com (MUX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Minera Andes Acquisition Corp (MCEEF) | A | Dividend | | | Sold | 01/27/14 | J | A | |
| 19. Stora Enso SP ADR Ser R (SEQAY) | A | Dividend | J | T | | | | | |
| 20. Turquoise Hill Res Ltd Com (RRQ) | A | Dividend | J | T | | | | | |
| 21. BB&T Corporation | A | Dividend | J | T | | | | | |
| 22. Amer. FDS Cap. Bldrs. | C | Dividend | K | T | | | | | |
| 23. Morgan Stanley Growth Fund of Amer. | C | Dividend | K | T | | | | | |
| 24. U.S. Treas. Bonds | A | Interest | L | T | | | | | |
| 25. Morgan Stanley U.S. Govt. Sec. | C | Dividend | M | T | | | | | |
| 26. Morgan Stanley Liq. Asset Fund | B | Dividend | K | T | | | | | |
| 27. Morgan Stanley European Growth | A | Dividend | K | T | | | | | |
| 28. Morgan Standly Pacific Grouwth B | A | Dividend | J | T | | | | | |
| 29. Bristol Myers Squibb Co. | A | Dividend | J | T | | | | | |
| 30. Intl Bk for Recon & Dev | A | Dividend | | | Sold | 01/08/14 | J | A | |
| 31. Novartis AG ADR | A | Dividend | J | T | | | | | |
| 32. Raytheon Co (New) | A | Dividend | J | T | | | | | |
| 33. GMAC Bank CD | A | Dividend | J | T | | | | | |
| 34. Eli Lilly & Co. | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Intel Corp. | A | Dividend | J | T | | | | | |
| 36. Isis Pharm Inc. | A | Dividend | J | T | | | | | |
| 37. Sanofi Aventis Ads | A | Dividend | J | T | | | | | |
| 38. Seabridge Gold Inc | A | Dividend | J | T | | | | | |
| 39. American Mutual A | A | Interest | J | T | | | | | |
| 40. Columbia Global Value B | A | Dividend | J | T | | | | | |
| 41. Agnico Eagle Mines | A | Dividend | J | T | | | | | |
| 42. Banro Corp | A | Dividend | | | Sold | 01/29/14 | J | A | |
| 43. Dresser Rand | A | Dividend | | | Sold | 01/15/14 | J | A | |
| 44. Echelon | A | Dividend | J | T | | | | | |
| 45. Elderado Gold | A | Dividend | J | T | | | | | |
| 46. Goldman Sachs GRP Inc. | A | Dividend | J | T | | | | | |
| 47. Market Vectors Gold Mines | A | Dividend | J | T | | | | | |
| 48. Morgan ST III Cum | A | Dividend | J | T | | | | | |
| 49. Yamana Gold Ind. | A | Dividend | J | T | | | | | |
| 50. Chicago Go-EsD BE | A | Dividend | J | T | | | | | |
| 51. Duke Energy Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. BP PLC ADS | A | Dividend | J | T | | | | | |
| 53. Genuine Parts Co. | A | Dividend | J | T | | | | | |
| 54. Bunge Ltd | A | Dividend | | | Sold | 03/17/14 | J | A | |
| 55. IBM | A | Dividend | J | T | | | | | |
| 56. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 57. Protective Life | A | Dividend | | | Sold | 01/27/14 | J | A | |
| 58. Rubicon Minerals | A | Dividend | J | T | | | | | |
| 59. Waste Management | A | Dividend | J | T | | | | | |
| 60. Aqua Amer Inc | A | Dividend | J | T | | | | | |
| 61. Echelon (ELON) | A | Dividend | J | T | | | | | |
| 62. Kansas City Life Ins. | A | Dividend | J | T | | | | | |
| 63. Verizon Comm | A | Dividend | J | T | | | | | |
| 64. Calif St. Genl Oblig | A | Dividend | J | T | | | | | |
| 65. Thornburg Inv. Inc. | A | Dividend | J | T | | | | | |
| 66. Giga Tronics (GUGA) | A | Dividend | J | T | | | | | |
| 67. Albuquergue Bernalillo Cnty Wtr Util Au N M JT WTR Rev-A-1 | A | Interest | J | T | | | | | |
| 68. Will Cnty Ill Cmnty Cons Sch Dist. No. 30-C Ser B | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Baltimore Cnty MD Genl Oblig Ref Met Dist | A | Interest | J | T | | | | | |
| 70. San Diego Cnty Calif Wtr Auth Fing Agy Wt Rev-A | A | Interest | J | T | | | | | |
| 71. San Antonio Tex Wtr Sys Rev Ref | A | Interest | J | T | | | | | |
| 72. 3M Company (MMM) | A | Dividend | J | T | | | | | |
| 73. Accelrys Inc (ACCL) | A | Dividend | | | Sold | 02/24/14 | J | A | |
| 74. AGL Resources IN (GAS) | A | Distribution | J | T | | | | | |
| 75. Amer Nat Ins Co (ANAT) | A | Dividend | J | T | | | | | |
| 76. Calamp Corp (CAMP) | A | Dividend | | | Sold | 01/20/14 | J | A | |
| 77. Cisco Syst Inc (CSCO) | A | Dividend | J | T | | | | | |
| 78. Clorox CO DE (CLX) | A | Dividend | J | T | | | | | |
| 79. Colgate Palmolive Co (CL) | A | Dividend | J | T | | | | | |
| 80. Compass Div TR SHS Beneficial (CODI) | A | Dividend | J | T | | | | | |
| 81. Covidien PLC New (COV) | A | Distribution | J | T | | | | | |
| 82. Health Cre Reit Inc (HCN) | A | Dividend | J | T | | | | | |
| 83. Honda Motor Company Ltd ADR (HMC) | A | Dividend | | | Sold | 01/08/14 | J | A | |
| 84. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 85. Microsoft Corp (MSFT) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Monsanto CO/New (MON) | A | Dividend | J | T | | | | | |
| 87. Seadrill Ltd (SDRL) | A | Dividend | | | Sold | 01/06/14 | J | A | |
| 88. SPDR Global Dow ETF (DGT) | A | Dividend | | | Sold | 04/18/14 | J | A | |
| 89. Talisman Energy Inc (TLM) | A | Dividend | | | Sold | 01/14/14 | J | A | |
| 90. Toyota Motor CP ADR New (TM) | A | Dividend | | | Sold | 01/09/14 | J | A | |
| 91. United Fire & Casualty (UFCS) | A | Dividend | J | T | | | | | |
| 92. Weatherford International LTD (WTF) | A | Dividend | J | T | | | | | |
| 93. Xilinx Inc (XLNX) | A | Dividend | | | Sold | 01/21/14 | J | A | |
| 94. New York City Genl Oblig Ser-F Subseries F-1 Build America | A | Interest | J | T | | | | | |
| 95. Pennsylvania St. Build America Bond | A | Interest | J | T | | | | | |
| 96. New York St. Mun Bd Bk Agy Recovery Act Build America | A | Interest | J | T | | | | | |
| 97. New York City Go Build America C-1 | A | Interest | J | T | | | | | |
| 98. Alcoa Inc (AA) | A | Interest | J | T | | | | | |
| 99. Anglogold Ashanti Limited (AU) | A | Interest | | | Sold | 01/16/14 | J | A | |
| 100. Aqua Ameri Inc (WTR) | A | Dividend | J | T | | | | | |
| 101. Banro Corp (BAA) | A | Dividend | | | Sold | 01/08/14 | J | A | |
| 102. Corning Inc (GLW) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Encana Corp (ECA) | A | Dividend | J | T | | | | | |
| 104. Facebook Inc CL-A (FB) | A | Dividend | J | T | | | | | |
| 105. Ford Motor Co New (F) | A | Dividend | | | Sold | 04/16/14 | J | A | |
| 106. General Mtrs Co (GM) | A | Dividend | J | T | | | | | |
| 107. Golden Minerals Co (AUMN) | A | Dividend | | | Sold | 01/30/14 | J | A | |
| 108. Isis Pharm Inc (ISIS) | A | Dividend | J | T | | | | | |
| 109. KB Home (KBH) | A | Dividend | J | T | | | | | |
| 110. Merck & Co Inc New Com (MRK) | A | Dividend | J | T | | | | | |
| 111. Mercury Genl CP New (MCY) | A | Dividend | J | T | | | | | |
| 112. Paramount Gold & Silver Corp (PZG) | A | Dividend | J | T | | | | | |
| 113. Statoil Asa Adr (STO) | A | Dividend | J | T | | | | | |
| 114. Vanguard European MSCI ETF (VGK) | A | Dividend | J | T | | | | | |
| 115. Newmont Mining Corp (New) (NEM) | A | Dividend | J | T | | | | | |
| 116. ABB LTD (ABB) | A | Dividend | J | T | | | | | |
| 117. Aircastle Limited (AYR) | A | Distribution | J | T | | | | | |
| 118. Assoc Estates Realty (AEC) | A | Dividend | J | T | | | | | |
| 119. Calamp Corp (CAMP) | A | Dividend | | | Sold | 01/20/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 05/11/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Glaxosmithkline | A | Dividend | | | Sold | 04/23/14 | J | A | |
| 121. Hess Corporation | A | Dividend | J | T | | | | | |
| 122. KKR & Co LLP (KKR) | A | Dividend | J | T | | | | | |
| 123. LGI Homes, Inc. (LGIH) | A | Dividend | | | Sold | 01/09/14 | J | A | |
| 124. Lorillard Inc | A | Dividend | | | Sold | 01/09/14 | J | A | |
| 125. Mallinckrodt Public Ltd. Co (MNK) | A | Dividend | J | T | | | | | |
| 126. Mannkind Corp (MNKD) | A | Dividend | J | T | | | | | |
| 127. Newmont Mining Corp (New)(NEM) | A | Dividend | J | T | | | | | |
| 128. Nippon Telegraph & Telephone ADS | A | Dividend | J | T | | | | | |
| 129. Rait Financial Trust Com New (RAS) | A | Dividend | J | T | | | | | |
| 130. Range Resources Corp (RR) | A | Dividend | | | Sold | 02/17/14 | J | A | |
| 131. United STS STL CP (New) (X) | A | Dividend | J | T | | | | | |
| 132. MS US Inflaction Linked Notes | A | Dividend | J | T | | | | | |
| 133. Royal Bank of Scotland | A | Dividend | J | T | | | | | |
| 134. LLoyds TSB Bank PLC | A | Dividend | J | T | | | | | |
| 135. Calamos Asset Mgmt Inc CL-A (CLMS) | A | Dividend | J | T | Buy | 03/17/14 | J | | |
| 136. Potash CP of Saskatchewan Inc (POT) | A | Dividend | J | T | Buy | 03/31/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. WP Carey Inc Com (WPC) | A | Dividend | J | T | Buy | 03/31/14 | J | | |
| 138. Adadarko Pete (APC) | A | Dividend | J | T | Buy | 12/24/14 | J | | |
| 139. BCE Inc (NEW)(BCE) | A | Dividend | J | T | Buy | 03/31/14 | J | | |
| 140. Covanta Holding Corp (CVA) | A | Dividend | J | T | Buy | 12/09/14 | J | | |
| 141. Kyocera CO ADR (KYO) | A | Dividend | J | T | Buy | 03/13/14 | J | | |
| 142. Medical Properties Trust Inc (MPW) | A | Dividend | J | T | Buy | 01/08/14 | J | | |
| 143. Navigator Holdings Ltd. (NVGS) | A | Dividend | J | T | Buy | 01/08/14 | J | | |
| 144. New Gold, Inc. (NGD) | A | Dividend | J | T | Buy | 03/13/14 | J | | |
| 145. Palo Alto Networkds, Inc. (PANW) | A | Dividend | J | T | Buy | 03/17/14 | J | | |
| 146. Pan Amer Silver Corp. (PAAS) | A | Dividend | J | T | Buy | 01/22/14 | J | | |
| 147. PPL Corporation (PPL) | A | Dividend | J | T | Buy | 09/18/14 | J | | |
| 148. Sibanye Gold Ltd Spon ADR (SBGL) | A | Dividend | J | T | Buy | 04/22/14 | J | | |
| 149. Sumitomo Mitsui Finl Group, Inc. (SMFG) | A | Dividend | J | T | Buy | 07/16/14 | J | | |
| 150. Teck Resources Ltd (TCK) | A | Dividend | J | T | Buy | 12/11/14 | J | | |
| 151. Tejon Ranch Co (TRC) | A | Dividend | J | T | Buy | 05/12/14 | J | | |
| 152. Twitter Inc (TWTR) | A | Dividend | J | T | Buy | 01/22/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gettleman, Robert W. | 05/11/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

II. Agreements

No. 1: interest). The underlying real estate was sold in 2014).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert W. Gettleman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544